UNITED STATES DISTRICT COURT    Revised 09-01-06
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TO:   All Attorneys of Record Appearing in a Case Assigned to United States District Judge Sidney A. Fitzwater and Designated for Enrollment in the Electronic Case Files System (including Attorneys in *pro se* cases)

### STANDING ORDER[1] DESIGNATING CASE FOR ENROLLMENT IN THE ELECTRONIC CASE FILES "ECF" SYSTEM

The court has determined that this case will be enrolled in the Electronic Case Files ("ECF") system as an ECF case. Therefore, it is **ordered** that all counsel of record must register as an ECF user **within ten days of the date of notice of this order**, if they have not already done so. Licensed attorneys are **permitted**, **not required**, to file documents electronically in this case. Only licensed attorneys may submit documents for electronic filing; therefore, no *pro se* party (including a prisoner) will be permitted to register as an ECF user or submit documents electronically. To register, counsel must:

1. Review Miscellaneous Order Number 61;

2. Review the ECF Administrative Procedures Manual;

3. Complete the online attorney tutorial for ECF training;

4. Review the ECF User Guide;

---

[1]Upon opening a new case assigned to a judge listed on Attachment 1, the clerk must enter this Standing Order. If the plaintiff or petitioner in a civil action is proceeding *pro se*, the clerk may not distribute this order unless there is an order for process to issue. If process is ordered to issue, the clerk is directed at that time to send a copy of this order to the defendant or respondent with the service of the summons or show cause order.

**Standing Order Designating Case for Enrollment in ECF - Page 1**

    5.    Complete the ECF Attorney/User Registration Form and forward it to the Clerk's Office; and

    6.    Ensure that any attorney granted *pro hac vice* admission as co-counsel in this case also registers as an ECF user.

## Duty of Initiating Party to Serve ECF Designation Order upon Opposing Party

It is further **ordered** that in a civil ECF case, the party initiating the action in this court must serve a copy of this order on the opposing party(ies) with service of process or within five days of receipt of this order, whichever is later. If an additional party is joined in a civil ECF case at a later date, the party joining the additional party is **ordered** to serve a copy of this order on the additional party within five days of when the additional party is joined.

In a criminal ECF case, it is **ordered** that the government serve a copy of this order on defendant's counsel when defendant's counsel makes an appearance in the case on behalf of the defendant.

## Electronic Case Files Requirements

After an attorney is registered as an ECF user, the attorney may submit documents for filing in this case using the ECF system. In doing so, counsel must observe the following directives:

1. **ECF Designation:** **All** documents submitted for filing must include the "**ECF**" designation in the caption of the case directly beneath the case number.

2. **Governing Documents:** The case will be governed, unless otherwise ordered, by Miscellaneous Order Number 61, the ECF Administrative Procedures Manual, and the ECF User Guide.

3. **Service of Documents upon Non-ECF Users:** Service of documents upon non-ECF users (including *pro se* litigants) must be effected on paper in a manner authorized by Federal Rule of Civil Procedure 5.

4. **Courtesy Copies ("paper copies" of filings in ECF cases):** Each judge listed on the reference chart included as Attachment 1 to this Standing Order has specific requirements for courtesy copies. Each courtesy copy must be marked "Judge's Copy," must have a copy of the Notice of Electronic Filing[2] for that document affixed as the first page, and must be delivered to the court within **three business days** of the date of filing of the original document. The court, in its discretion, may not begin its consideration of the document until it has received the required courtesy copy. Furthermore, failure to follow the courtesy copy requirements of the presiding judge may result in the document being unfiled. If the courtesy

---

[2]A link to the Notice of Electronic Filing and the electronically filed document will be automatically e-mailed to the filer upon the completion of the electronic filing procedure.

**Standing Order Designating Case for Enrollment in ECF - Page 3**

copy is mailed directly to the chambers of the presiding judge, delivery is complete upon mailing.  Hand-deliveries must be made to the clerk's office at 1100 Commerce Street, Room 1452, Dallas, Texas  75242, must be enclosed in a sealed envelope that bears the name of the judge to whom the courtesy copy is directed, and must identify itself as a "Courtesy Copy."  *The court will not accept hand deliveries brought directly to chambers unless it specifically instructs a party to do so.*  **Please Note:**  If this case or any portion of this case is referred to a United States Magistrate Judge, the magistrate judge may enter an order with additional specific requirements.  Please see the magistrate judge's order for details.

5. **Proposed Orders:**  A proposed order must be submitted with **every** motion via e-mail as instructed under the ECF system's "Proposed Orders" event.

6. **Documents Which Require Leave of Court to File:** A party who moves for leave of court to file an amended pleading, or for leave of court to file any other document (e.g., surreply, document exceeding the page limit, etc.), must attach the proposed document as an exhibit to the motion for leave.  If the motion for leave is granted, the moving party must **submit the document for which leave was granted within three days** after leave is granted, unless otherwise ordered by the court.

7.   **Privacy Policy:** Counsel must ensure that all documents filed with the court strictly comply with the privacy policy of the United States District Court for the Northern District of Texas. The privacy policy restricts the use and manner of use of certain types of information, including: social security numbers, driver license numbers, tax identification numbers, minors' names, birth dates, financial account numbers, credit card numbers, medical records, employment histories, proprietary or trade secret information, crime victim information, national security information, sensitive security information as described in 49 U.S.C. § 114(s), and information regarding an individual's cooperation with the government. The complete privacy policy may be found at http://www.txnd.uscourts.gov/pdf/TXNprivnot.pdf.

8.   **Questions:** ECF questions should be directed to the Office of the Clerk at (214)753-2200 or the ECF Help Desk at (866) 243-2866.

*ATTACHMENT 1*

# COURTESY COPY REQUIREMENTS

| JUDGE | COPY REQUIREMENTS | MAILED TO: |
|---|---|---|
| A. Joe Fish | Civil and Criminal Cases:  ALL FILINGS | 1100 Commerce Street, Room 1528 Dallas, TX  75242 |
| Sidney A. Fitzwater | Civil and Criminal Cases:  ALL FILINGS | 1100 Commerce Street, Room 1520 Dallas, TX  75242 |
| Jorge A. Solis | Civil and Criminal Cases:  ALL FILINGS, including Proposed Orders | 1100 Commerce Street, Room 1654 Dallas, TX  75242 |
| Barbara M.G. Lynn | Civil Cases: All Dispositive Motions, Responses, Replies and Appendices thereto **and** any document over 25 pages in length<br>Criminal Cases:  ALL FILINGS | 1100 Commerce Street, Room 1572 Dallas, TX 75242 Note: Judge Lynn allows hand-deliveries to chambers. |
| David C. Godbey | **No** Courtesy Copies Required | |
| Sam A. Lindsay | Civil Cases: All Dispositive Motions, Responses, Replies and Appendices thereto **and** any document over 25 pages in length<br>Criminal Cases:  ALL FILINGS | 1100 Commerce Street, Room 1312 Dallas, TX 75242 |
| Ed Kinkeade | Civil Cases: All Dispositive Motions, Responses, Replies, and Appendices thereto **and** any document over 25 pages in length<br>Criminal Cases:  ALL FILINGS | 1100 Commerce Street, Room 1625 Dallas, TX  75242 |
| Jane J. Boyle | Civil and Criminal Cases:  All Dispositive Motions, Responses, Replies, and Appendices thereto | 1100 Commerce Street, Room 1376 Dallas, TX  75242 |
| Jerry Buchmeyer | Civil and Criminal Cases: All Dispositive Motions, Responses, Replies, and Appendices thereto (including Joint Submissions) | 1100 Commerce Street, Room 1544 Dallas, TX 75242 |

**Standing Order-Designating Case for Enrollment in ECF - Page 6**