# CRIMINAL DOCKET - U.S. District Court

**Case No:** 3-92-CR-365-D SIDNEY A. FITZWATER
**Case 3:92-cr-00365-D Document 189 Filed 08/26/92 Page 1 of 11 PageID 1539**

- PO ☐ Assigned: 0559-092-3920
- Misd. ☐
- Felony ☒ District / Off / Judge/Magistr.
- U.S. vs ALLEN, ANTHONY GEORGE a/k/a "T"
- ☐ WRIT ☐ JUVENILE ☐ ALIAS
- OFFENSE ON INDEX CARD: 94-10690
- Mo/Day/Yr Filed: 8/26/92
- Docket No: 00365  Def: 01
- No. of Def's: 61
- U.S. CASE: 2UC

**APPEAL** (stamped)

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG |
|---|---|---|---|
| | INDICTMENT of 8-27-92 for charges see SUPERSED.INDICTMENT of 10-6-92 below: | | |
| 21:846 | Conspiracy to possess with intent to distribute Cocaine and Cocaine Base, a Schedule II controlled substance. Ct. 1 (7/87 - 6/91) | 1 | |
| 21:848 | Continuing criminal enterprise. Ct.2 (7/87-6/91) | 1 | X |
| 18:371 | Conspiracy to continuing criminal enterprise. Ct. 3 (7/87 - 6/91) | 1 | X |

SUPERSEDING COUNTS →

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE: 10-8-92 APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver
- KEY DATE: 10-6-92 / 10-29-92
  - a) ☒ 1st appears on pending charge /R40
  - b) ☐ Receive file R20/21
  - c) ☒ Supsdg: ☒ Indt ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO**
- KEY DATE: 7-27-93 APPLICABLE
  - ☐ Dismissal
  - ☒ Pled guilty ☐ After N.G.
  - ☐ Nolo ☐ After nolo
  - ☐ Trial (voir dire) began ☐ Jury ☐ N.J

- 1st appears with or waives counsel: 
- ARRAIGNMENT: 
- 1st Trial Ended: 
- RE-TRIAL:
- 2nd Trial Began: 
- DISPOSITION DATE: 7-27-93
- SENTENCE DATE: 7-20-94
- PTD Nolle Pros ☐
- FINAL CHARGES DISMISSED ☐ on S.T grounds ☐ W.P. ☐ WOP, on def motion / on gov't motion

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO | |
|---|---|---|---|---|
| Summons | Issued / Served | | | |
| Arrest Warrant Issued | | 10-7-92 | TRM/3924 | |
| COMPLAINT ▶ | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | |

- INITIAL APPEARANCE DATE ▶
- PRELIMINARY EXAMINATION / Date Scheduled ▶
- REMOVAL HEARING OR Date Held ▶
- ☐ WAIVED ☐ NOT WAIVED  Tape Number
- ☐ INTERVENING INDICTMENT
- OUTCOME: ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information: See attached list.

RULE ☐ 20  ☐ 21  ☐ 40  In/Out

## IV. ATTORNEYS

**U. S. Attorney or Asst:** Mark D. McBride, AUSA.

**Defense:** ☒ CJA  2☐ Ret.  3☐ Waived  4☐ Self  5☐ Non/Other.  6☐ PD  7☐ CD

J. Christopher Sanders (WITHDRAWN PER CUSCA5)
5956 Sherry Lane, Suite 500
Dallas, Tx 75225
360-0500

Per USCA5 Ret.
Ms. Marcia G. Shein
for appeal.

John D Nation  #14819700
2650 MaxUs Energy Tower
717 N Harwood LB 126
Dallas  TX  75201
214/953-1919
214/880-0409  (Facsimile)

**Defendant:**
Anthony Allen
#40428-053
FCI McKean Unit 3A
PO Box 8000
Bradford, PA  16701

### BAIL ● RELEASE

**PRE-INDICTMENT**
- Release Date:
- Bail ☐ Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**
- Release Date:
- Bail ☒ Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | CD NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

Case 3:92-cr-00365-D Document 189 Filed 08/26/92 Page 2 of 11 PageID 1540

| DATE DOCUMENT NO | Yr | Docket No | Def | VI EXCLUDABLE DELAY Start Date End Date | Ltr Code | Total Days | LETTER CC |
|---|---|---|---|---|---|---|---|

MASTER DOCKET-MULTIPLE DEFENDANT CASE
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

## V. PROCEEDINGS

**1992**

| Date | Proceedings | |
|---|---|---|
| Aug 27 | **INDICTMENT.** | gs |
| Oct 6 | **SUPERSEDING INDICTMENT.** (Supersedes Indict. filed on 8-27-92) | gs |
| Oct 7 | Issued WARRANT FOR ARREST. | gs |
| Oct 8 | MOTION. (Govt.) | gs |
| | **ORDER...** that the Indictment filed on August 27, 1992 is DISMISSED. Dist/dkt 10/9/92. | SAF/gs |
| Oct 8 | MOTION TO UNSEAL (Govt.) | gs |
| | **ORDER...** that the Indictment is UNSEALED as to this defendant only. Dist/dkt 10/9/92. | SAF/gs |
| Oct. 28 | Received from Brooklyn New York papers<br>  Commitment to Another District<br>  Waiver of Removal Hearing<br>  Removal Order | |
| Oct. 29 | Filed ORDER OF TEMPORARY COMMITMENT - detention hearing November 2, 1992, at noon | |
| Oct. 30 | Filed ORDER APPOINTING COUNSEL | |
| | MOTION FOR DETENTION (govt) | nbs |
| Nov 2 | MOTION FOR CONTINUANCE (deft) | nbs |
| Nov 6 | **DETENTION ORDER PURSUANT TO U.S.C. §3142(i)**...It is **ORDERED** that Deft is committed to custody of USM....It is **FURTHER ORDERED** that USM produce Deft in District Court as directed. See Order for specifics. WFS/nbs<br>cys: judge, mag, ausa cnsl Sanders, cnsl Douglas Mulder, pt, pb, usm, esther<br>dktd 11/10/92 | |
| Nov 5 | **RETURN ON WARRANT FOR ARREST** ... date of arrest 10/29/92. dh | |
| Nov 20 | M.E. - ARRAIGNMENT - Deft pled N.G. Trial set for 12-21-92 Deft remanded in custody. | gs |
| Nov 23 | **ORDER...** this case is set for trial on Monday 12/21/92 at 9:00 am. All pretrial motions, notices, requests and demand shall be filed by 12/14/92 and responses to motions filed in accordance with local rule 5.1(e). At least 3 days before trial the parties shall comply with Local Rule 8.2(c) and submit to the court in writing any questions they desire be rpopunded by the Cour in its voir dire.<br>    Dist/dkt 11/24/92. | SAF/gs |

**SEE NEXT PAGE**

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs ANTHONY GEORGE ALLEN   Page 3    3:92-365-D (01)

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) (b) (c) (d) |

**1992**

**Dec 2**    MOTION - **SEALED**.    gs
             ORDER - **SEALED**.    gs

**Dec 1**    **ORDER**... thst the motion to continue and for certification of the case as complex and for the reasons stated in the order the Court grants the motion. All pretrial motion deadlines are VACATED and Pretrial motions are no due on or before 2/1/93 Responses to those motions due by 3/2/93 On or before March 15, 1993 the Government shall file a status report with the Court. (pelase see order for more specifics.)
    Dist/dkt 12/2/92.    SAF/gs

**Dec 7**    MOTION FOR A BILL OF PARTICULARS. (Dft)    gs
             Mem in SUPPORT OF MTN FOR BILL OF PARTICULARS.    gs

**Dec 22**   MOTION FOR DISCOVERY AND BRIEF IN SUPPORT (Deft)   cab

**1993**

**Jan 4**    MOTION FOR ORDER TO COMPEL DEFENDANTS TO PROVIDE HANDWRITING EXEMPLARS (govt)    nbs

**Jan 25**   **ORDER**...Defendant Condell Winston Allen filed on 1/19/93 a mtn for clarification of procedures for obtaining pleadings and a motion for extension of time for adopting pretrial motions filed by other defendants. The mtn for clarification is granted (See order for all specifics) and the motion for extension of time is DENIED without prejudice.
    Dist/dkt 1/26/93.    SAF/gs

**Feb 1**    MOTION AND INCORPORATED BRIEF FOR PRODUCITON OF PSYCHIATRIC EVALUATIONS OR RECORDS RELATING TO ANY PSYCHOLOGICAL EVALUATIONS OR TREATMENT (OR THE DRUG DEPENDENCY) OF ANY GOVERNMENT WITNESS (Dft)    gs

MOTION TO ADOPT CO-DEFENDANT'S MOTIONS AND MOTION FOR CONTINUANCE OF DEADLINE TO FILE SIMILAR MOTIONS. (Dft)    gs

MOTION TO REVEAL AGREEMENTS MADE WITH OR EXTENDED TO GOVERNMENT WITNESSES (Dft)    gs

MEMORANDUM IN SUPPORT OF MOTION TO DISLCOSE PROMISES OF FAVORABLE TREATMENT OR THREATS OF PROSECUITON MADE TO GOVERNMENT WITNESSES.    gs

DEFENDANT'S MOTION FOR WITNESS STATEMENTS.    gs

BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR WITNESS STATEMENTS.    gs

**SEE NEXT PAGE**

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1993 | | | | | |
| Feb 1 | BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR WITNESS STATEMENTS. (Dft)                          gs | | | | |
| | MOTION IN LIMINE - EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS. (Dft)                          gs | | | | |
| | MEMORANDUM IN SUPPORT OF MOTION IN LIMINE - OF EVIDENCE OTHER CRIMES, WRONGS OR ACTS.                          gs | | | | |
| | MOTION FOR ATTORNEY PARTICIPATION IN VOIR DIRE. (Dft) gs | | | | |
| | MOTION TO STRIKE ALIAS FROM THE CAPTION AND THE BODY OF THE INDICTMENT. (Dft)                          gs | | | | |
| | MEMORANDUM IN SUPPORT OF MOTIO TO STRIKE ALIAS FROM THE CAPTION AND THE BODY OF THE INDICTMENT.                          gs | | | | |
| | MOTION FOR HEARING TO DETERMINE ADMISSIBILITY OF CO-CONSPIRATORS' STATEMENTS. (Dft)                          gs | | | | |
| | BRIEF IN SUPPORT OF MOTION FOR HEARING TO DETERMINE ADMISSIBILITY OF CO-CONSPIRATORS' STATEMENTS.                          gs | | | | |
| | REQUEST FOR PRE-TRIAL NOTICE OF EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS. (Dft)                          gs | | | | |
| | MOTION TO SEVER TRIAL OF ANTHONY GEORGE ALLEN AND BRIEF. | gs | | | |
| | MOTION TO COMPEL DISCLOSURE OF EXCULPATORY EVIDENCE (Dft) | gs | | | |
| | MOTION FOR THE PRODUCTION AND INSPECTION OF EVIDENCE AND/OR INFORMATION WHICH MAY LEAD TO EVIDENCE.                          gs | | | | |
| | BRIEF IN SUPPORT OF MOTION FOR THE PRODUCTION AND INSPECTION OF EVIDENCE AND/OR INFORMATION WHICH MAY LEAD TO EVIDENCE.                          gs | | | | |
| | MOTION OF ANTHONY GEORGE ALLEN TO AMEND MOTIONS, SUPPLEMENT MOTIONS OR FILE NEW MOTIONS UPON RECEIPT OF MATERIAL FROM THE GOVERNMENT.                          gs | | | | |
| | MOTION IN LIMINE - PRIOR CONVICTIONS.                          gs | | | | |
| | MEMORANDUM IN SUPPORT OF MOTION IN LIMINE - PRIO CONVICTIONS.                          gs | | | | |
| | MOTION TO COMPEL GOVERNMENT TO SPECIFY EVIDENCE TO BE USED AT TRIAL. (Dft)                          gs | | | | |
| | BRIEF IN SUPPORT OF MOTION TO COMPEL GOVERNMENT TO SPECIFY EVIDENCE TO BE USED AT TRIAL.                          gs | | | | |
| | MOTION TO SUBMIT A JURY QUESTIONNAIRE. (Dft)         gs | | | | |

SEE NEXT PAGE

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1993 | | |
| Feb 1 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF EXCULPATORY EVIDENCE. (Dft)                                 gs | |
| Mar 2 | GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANTS' VARIOUS PRETRIAL MOTIONS.                          gs | |
| Mar 15 | STATUS REPORT.                                  cpm | |
| Apr 21 | SEALED MOTION.                                  cpm | |
| Apr 21 | SEALED ORDER.                                SAF/cm | |
| May 10 | **ORDER** ... The court is considering setting this case for trial Tues 9/7/93 ... Counsel shall have until 5/28/93 to file in writing any statements concerning the unavailability of any party to commence trial on 9/7/93 or any Mon. through 10/25/93 ... Once a trial date is set the court will not reset it except to prevent manifest injustice.<br>     Dist 5/13/93    Dkt'd 5/13/93         SAF/cm | |
| June 1 | Dft's response to order concerning unavailability of counsel.                                          cm | |
| Jun 29 | Govt's amended motion for order to compel defts to provide handwriting exemplars.              cm | |
| Jun 30 | **ORDER**...Trial is set for Mon. 9/13/93 9:00 a.m... Pretrial conference will be on Fri. 8/27/93 2:00 p.m.<br>     Dist 7/2/93     Dkt'd 7/2/93           SAF/cm | |
| Jul 16 | **ORDER** GRANTING govt's motion to compel dfts to provide handwriting exemplars...This shall take place at a mutually agreeable time and in no event later than 20 days from the date of this order.<br>     Dist 7/19/93    Dkt'd 7/22/93          SAF/cm | |
| Jul 21 | SEALED MOTION.                                  cm | |
| Jul 21 | SEALED ORDER.                                SAF/cm | |
| Jul 27 | **MINUTE ORDER**...Rearraignment held on ct 1 of 3 ct superseding indictment...Deft enters a plea of guilty to ct. 1...Sentencing set 9/17-10/1/93 9:00...Deft custody/detention continued...Plea agreement accepted.                           cm | |
| | PLEA AGREEMENT.                                 cm | |

SEE NEXT PAGE

UNITED STATES DISTRICT COURT  ANTHONY GEORGE ALLEN                  PAGE 6        3:92-CR-365-D (01)
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||||
|---|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) | |
| **1993** | | | | | | |
| Jul 27 | FACTUAL RESUME.                                          cm | | | | | |
| | SCHEDULING ORDER for sentencing under Local Rule 10.9 (Guidelines Sentencing)...PSI due 9/3/93... Written ogjections or adoption due by noon 9/13/93 ...If adopted sentencing will be 9/17/93 9:00... If objected addendum to PSI due by noon 9/20/93... Objections to addendum due by 9/27/93 and sentencing will be 10/1/93 9:00.<br>    Dist 7/27/93     Dkt'd 9/29/93         SAF/cm | | | | | |
| Aug 24 | **ORDER**...The sentencing dates previously set for the above deft is vacated and will be reset by a separate order.<br>    Dist 8/25/93     Dkt'd 8/31/93         SAF/cm | | | | | |
| Aug 26 | **ORDER**...In connection with the 8/24/93 order vacating sentencing dates the PSI will not be required until a separate order is issued.<br>    Dist 8/27/93     Dkt'd 8/31/93         SAF/cm | | | | | |
| Sep 17 | Govt's motion for writ of habeas corpus ad testificandum.   (1)                              cm | | | | | |
| | **ORDER**...Govt's motion for writ of habeas corpus ad testificandum is GRANTED...Clerk of Court is ORDERED to issue a writ directed to the US Marshal...See order for specifics.   (1)<br>    2ccAUSA 9/17/93    Dkt'd 9/23/93         cm | | | | | |
| | Writ of habeas corpus ad testificandum.  (issued 5)                                               cm | | | | | |
| Sep 20 | Notice of change of address for counsel for Donovan Turner to: Gregory P. Standerfer, Moseley & Standerfer, 500 Hampton Court, LB 14, 4311 Oak Lawn, Dallas, TX  75219-2340, 214/521-3400.  (2)     cm | | | | | |
| **1994** | | | | | | |
| Mar 17 | SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...PSI due Fri 3/25/94 ...Objs to PSI due Mon 4/4/94 noon...Addendum to PSI due noon Mon 4/11/94 ... Objs to addendum due Mon 4/18/94...Sentencing set for Fri 4/22/94 9:00 am.<br>    Dist 3/18/94     Dkt'd 3/22/94         SAF/cm | | | | | |
| Mar 29 | Deft's motion for extension of time of deadlines established under Scheduling order for sentencing under Local Rule 10.9 (Guidelines Sentencing) and motion for continuance of sentencing hearing and brief.                                         cm | | | | | |

**SEE NEXT PAGE**

Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days

Case 3:92-cr-00365-D   Document 189   Filed 08/26/92   Page 7 of 11   PageID 1545

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs ANTHONY GEORGE ALLEN                PAGE 7         3:92-CR-365-D (01)
AO 256A                                                                      Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| **1994** | | |
| Mar 30 | **ORDER**...Granting deft's motion for extension of time under Local Rule 10.9(i)...FIRST AMENDED SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...PSI due noon Fri 3/25/94... Objs to PSI due noon 5/2/94...Addendum to PSI due noon Mon 5/9/94...Objs to addendum due Mon 5/16/95... Sentencing set for Fri 5/20/94 9:00 am.<br>     Dist 3/30/94    Dkt'd 3/30/94          SAF/cm | |
| May 6 | Deft Allen's motion for continuance of sentencing hearing and brief.                                cm | |
| May 10 | **ORDER**...Deft's motion for continuance of sentencing hearing is GRANTED...ORDERED ADJUDGED AND DECREED that sentencing hearing is set for Friday 6/10/94 1:30 pm...ORDERED that in all other respects the dates established under the First AMended Scheduling Order entered 3/30/94 shall remain in effect.<br>     Dist 5/10/94    Dkt'd 5/10/94          SAF/cm | |
| Jun 10 | **MO**...Motion hearing held. Oral motion by deft's counsel to continue sentencing for 30-45 days to allow him time to review Jencks Act material GRANTED ...Sentencing reset to 7/15/94 9:00 am.    cm | |
| JUL 15 | **MO**...Sentencing held. Objs to PSI heard. Pleas Agreement accepted. NSG offence . Dft committed to custody of BOP for duration of life. Supervised Release for 5 years. Restitution not order. Fine imposed in the amt of $3,000. Counts 2 & 3 of superseding indictment dismissed on govt's motion. See J & C for specifics. $50 special assessment on Count 1. of superseding indictment. DFt advised of right to appeal. Dft custody continued. Court recommends incarceration at a facility in NY if app.                         dla | |
| JUL 18 | **JUDGMENT IN A CRIMNAL CASE**...dft pled guilty to Count 1 of Superseding Indictment filed 10/8/92. Counts 2 & 3 are dismissed on motion of US. Ordered that dft shall pay special assessment of $50. for Count 1 due immediately. Dft committed to custody of US BOP for duration of life. Dft to be assigned to facility in New York, if appropriate. Dft remanded to custody of USM. Re: supervised release, dft has 3 special conditions.                        SAF/dla<br>dkt'd 7/20/94 | |

SEE NEXT PAGE

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT | ANTHONY GEORGE ALLEN | PAGE 8 |
|---|---|---|
| CRIMINAL DOCKET | | |
| AO 256A | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1994 | | | | | |
| Jul 22 | **NOTICE OF APPEAL from** final judgment entered on July 18, 1994. TO to Cnsl  No fee CJA  Cpy to Judge AUSA, PT, PB USM.                                        gs | | | | |
| July 27 | TRANSMITTED certified copies of notice and dkt entries with CJA form to USCA5.                                           gs | | | | |
| Aug 1 | **T.O  July** 15 1994 Sentencing Hearing and Transcript of all proceedings.                                                                gs | | | | |
| | MOTION TO SUPPLEMENT THE RECORD ON APPEAL (Dft)        gs | | | | |
| Aug 8 | **ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD ON APPEAL...** and it is ordered that the record on appeal in this case is supplemented by the following material: Defendant's objections to pre-sentence report; any addendum filed by the US Probation office in response to the objections and any response or objections made by deft to the addendum.  These documents to be included in the record on appeal of this case.<br>     Dist 8/8   -   dkt 8/17/94                          SAF/gs | | | | |
| Sep 6 | RETURN ON J&C defendant delivered on 8/25/94 to FCI Mckean, Bradford PA. by S. McElhatten ISD.             gs | | | | |
| Oct 13 | TRANSCRIPT OF SENTENCING BEFORE THE HON. SIDNEY A FITZWATER on July 15, 1994 as submitted by Pam Wilson CR.                                                                        gs | | | | |
| Oct 24 | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT approved in the amount of #372.00 by Judge Fitzwater to Pamela Wilson Court Reporter.                           gs | | | | |
| Nov 3 | TRANSMITTED RECORD ON APPEAL CONSISTING OF 1 vol of ORIGINAL CASE PAPERS; 1 vol of Transcript and env with PSI and other documents per court order of 8/8/94. | gs | | | |
| 1995 | | | | | |
| Feb 27 | **ORDER FROM USCA5...** It is ordered that the motion of court-appointed counsel for appellant Mr. J Sanders for substitution of retaned counsel Ms. MARCIA G. SHEIN is GRANTED.<br>     Cpy to Judge.                                        gs | | | | |
| MAR 28 | TRANSCRIPT OF REARRAIGNMENT HELD on July 27, 1993 before the Hon. Sidney A Fitzwater as submitted by Pamela Wilson.                                            gs | | | | |
| Mar 30 | TRANSMITTED 1ST Supplemental record on appeal to USCA5 consisting of 1 vol of transcript updated dkt entries. | gs | | | |
| Apr 25 | TRANSCRIPT OF MOTION FOR CONTINUANCE OF SENTENCING HEARING held on 6/10/94 submitted by Pam Wilson.     gs | | | | |
| May 1 | TRANSMITTTED TO USCA5 2nd supplemental record consisting of transcript of 6/10/94 hearing with updated dkt entries. | gs | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs Anthony George Allen    Page 9    3:92-cr-365-D

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1995 Aug 25 | Filed JUDGMENT OF USCA5 issued as and for the Mandate: ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is affirmed. Issued as Mandate 8/22/95    Cpy to Judge                gs | |
| | Filed OPINION OF USCA5.    Cpy to Judge     gs | |
| | Received record on appeal consisting of 1 vol of case papers; 3 vols of transcripts and 1 PSI Sealed and shredded.                gs | |
| | Two certified copies of judgment to USM, 1 cc to PT and PB.                gs | |
| 1997 Apr 23 | Motion under 29USC Section 2255    (9)    ple | |
| | 2255 papers referred to Mag Judge Kaplan    ple | |
| | CIVIL Case #3:97cv940-D                ple | |
| May 2 | Order and Instuctions to parties in a motion under 28 USC Section 2255 (See order for specifics) (signed by Judge Kaplan) (2) copies to AUSA and PET (5/5/97            rrj | |
| JULY 1 | GOVERNMENT'S RESPONSE TO PETITIONER ANTHONY GEORGE ALLEN'S MOTION UNDER 28 U.S.C. SECTION 2255                dg | |
| SEPT 22 | FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE...RECOMMENDATION The motion to correct, vacate or set aside sentence s/b denied Objections due 10/7/97                JK/dg dist/dktd 9/23/97 movant's cy cmrrr; cy AUSA | |
| | INSTRUCTIONS FOR SERVICE AND NOTICE OF RIGHT TO OBJECT    dist/dktd 9/23/97 movant cmrrr, cy AUSA                JK/dg | |
| | File to docket clerk w/order and judgment    dg | |
| SEPT 26 | Certified mail returned executed as to John Nation on 9/25/97 (Findings and recommendations)    lmn | |
| OCT 6 | Dft's objections to magistrates findings    lmn | |
| OCT 9 | Order adopting the magistrates findings as the findings and conclusions of the court                SAF/lmn | |
| OCT 9 | Judgment that the mt to correct, vacate or set aside sentence is denied                SAF/lmn | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

| DATE 97 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| DEC 8 | Notice of appeal from order denying mt to vacate sentence dated October 9, 1997  Fee pd #99412  TOOC     1mn | |
| DEC 8 | Request by dft for certificate of appealability     1mn | |
| DEC 9 | NOA to USCA5     1mn | |
| DEC 22 | USCA5 Number 97-11371     svc | |
| **1998** | | |
| JAN 5 | NOTICE FROM DFT THAT HE IS PROCEEDING PRO SE     svc | |
| JAN 8 | **NOTICE OF DEFICIENCY AND ORDER**     JK:svc<br>dkt/dist 1-8-98 | |
| JAN 16 | **ORDER OF THE COURT REGARDING CERTIFICATE OF APPEALABILITY**...<br>COA is Denied and Party appealing is a pauper  SAF:svc<br>dkt/dist 1-16-98 | |
| FEB 9 | TRANSMITTED ROA to USCA5 consisting of 2 vols of case papers; 3 transcripts and PSI     svc | |
| FEB 10 | Second Notice from dft that he is proceeding pro se     ldf | |
| APR 29 | **ORDER FROM USCA5(cc)**...Notice of appeal/request for COA is denied.    Appeal dismissed     svc<br><br>ROA returned from USCA5 consisting of 2 vols of case papers; 3 transcrips and PSI.  (PSI Destroyed)     svc | |
| **1999** | | |
| Apr 19 | MOTION FOR RESENTENCING by dft Anthony Allen (4)     lag | |
| May 12 | **MEMORANDUM OPINION AND ORDER**...Dft's motion for resentencing is denied   (3) dkt's 05/13/99 dist'd 05/13/99     SAF/lag | |
| JUN 15 | NOTICE OF APPEAL FROM ORDERED OF 5-12-99<br>NO FEE PD/TO MAILED     SVC | |
| JUN 16 | TRANSMITTED NOA TO USCA5.     svc | |
| AUG 17 | **USCA5 ORDER...NOA remanded to DC for a determination whether the untimely filing was due to excusable neglect**     svc | |
| AUG 17 | **ORDER OF REFERENCE**...the court refers to U.S. Magistrate Judge Jeff Kaplan for recommendation & entry of findings & conclusions, the question "whether the untimely filing of the NOA was due to excusable neglect"...; (1) dist/dktd 08/19/99     SAF/lag | |

**SEE NEXT PAGE**

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET  U. S. vs | 3:92-CR-365-D (01)   ANTHONY G. ALLEN | | | | |
| AO 256A | | Yr. | Docket No | Def. | |
| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY | | | |
| | | (a) | (b) | (c) | (d) |

| DATE | PROCEEDINGS (continued) |
|---|---|
| **1999** | |
| Aug 27 | MAGISTRATE JUDGE'S INTERROGATORIES propounded as to dft Anthony G. Allen (5)    lag |
| Sept 15 | Answers to Interrogatories by petitioner Anthony George Allen (8)    lag |
| Sept 16 | **FINDINGS & RECOMMENDATION OF THE U.S. MAGISTRATE JUDGE** Copies to cnsl: 09/17/99; Dkt'd 09/20/99; Recommendation: Dft should be granted an extension of time to file his notice of appeal; This case should be remanded to the court of appeals for further proceedings; Page(s): 2 (Signed by Jeff Kaplan)JK/lag |
| Sept 16 | Instructions for service & Notice of Right to Object by Magistrate Judge Jeff Kaplan (2)    lag |
| Sept 22 | Certified Mail Return Receipt as to Mark McBride, signed on 09/20/99 re: f&R's of mag judge & instructions for svc (1)    lag |
| Sept 24 | Certified Mail Return Receipt as to Anthony G Allen signed on 09/20/99 rE: f&r's of mag judge & instructions for svc (1)    lag |
| Sept 27 | Copy file forwarded to district judge's chambers    lag |
| Sept 29 | **ORDER**...The court concludes that the findings & recommendation are correct & are therefore adopted; Accordingly, the court finds that dft's untimely filing of this notice of appeal was due to excusable neglect & that he's entitled to an extension of time to appeal; Pursuant to the circuit court's 07/14/99 order, this case is returned to the circuit court (2); dist'd 09/30/99; Dkt'd 10/01/99    SAF/lag |
| OCT 19 | ROA transmitted to USCA5 consisting of 3 vols of case papers; 3 transcripts and PSI    svc |
| **2000** | |
| May 9 | **USCA5 OPINION**...    svc |
| | **USCA5 JUDGMENT**...Judgment of the DC is affirmed. Issued as Mandate: 5-5-00    svc |
| | ROA returned from USCA5 consisting of 3 vols of case papers; 3 transcripts and PSI. (PSI Destroyed)    svc |