# CRIMINAL DOCKET - U.S. District Court

**3-92CR-365-D SIDNEY A. FITZ...**

| PO | 0539 03 3920 | | JUVENILE | JENNAS, OLIVE NERISSA | 8 27 92 | 00365 | 51 |
| Misd. | Disp./Sentence 3920 | | ALIAS | | | No. of Def's | MAR 3 1 1993 |
| Felony X | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | 61 | U.S. CASE NO. |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| | INDICTMENT OF 8-27-92 see SUPERSEDING INDICTMENT of 10-6-92 below: | | |
| 21:846 | Conspiracy to possess with intent to distribute Cocaine and Cocaine Base, a Schedule II controlled substance. Ct. 1 (7/87 - 6/91) | 1 | X |

SUPERSEDING COUNTS

## II. KEY DATE

- INTERVAL ONE — KEY DATE EARLIEST OF: arrest / sum'ns / custody / appears-on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE 10-8-92 APPLICABLE: X Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver
- KEY DATE 10/6/92: a) 1st appears on pending charge /R40; b) Receive file R20/21; c) X Supsdg: X Indt Inf; d) Order New trial; e) Remand; f) G/P Withdrawn
- END INTERVAL TWO — KEY DATE APPLICABLE: X Dismissal; Pled guilty After N.G.; Nolo After nolo; Trial (voir dire) began; Jury N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 3-24-93 | SENTENCE DATE | PTD / Nolle Pros. | FINAL CHARGES DISMISSED: on S.T. grounds, W.P., WOP | on def motion / on gov't X motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE | | INITIAL/NO. | OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled / Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT | | 10/7/92 | TRM/3924 | WAIVED / NOT WAIVED / INTERVENING INDICTMENT | Tape Number | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
See attached list.

RULE: 20 21 40 In Out

## IV. ATTORNEYS

U.S. Attorney or Asst.: Mark D. McBride, AUSA.

Defense: 1 CJA, 2 Ret., 3 Waived, 4 Self, 5 Non/Other, 6 PD, 7 CD

Earle C. Roberts
887 Flatbush Avenue
BROOKLYN N.Y. 11226
(718) 693-0800

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date
- Bail Denied / Fugitive / Pers. Rec.
- AMOUNT SET $ / PSA
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
- Date Set
- Bail Not Made
- Date Bond Made

**POST-INDICTMENT**
- Release Date
- Bail Denied / Fugitive / Pers. Rec.
- AMOUNT SET $ / PSA
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
- Date Set
- Bail Not Made
- Date Bond Made

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE<br>DOCUMENT NO. | (OPTIONAL) Show last names of defendants | V. PROCEEDINGS | | VI. EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|
| | | | | Start Date<br>End Date | Ltr<br>Code | Total<br>Days |
| 1992 | | | | | | |
| Aug 27 | | INDICTMENT. | gs | | | |
| Oct 6 | | SUPERSEDING INDICTMENT. (Supersedes Indict. filed on 8-27-92) | gs | | | |
| Oct 7 | | Issued WARRANT FOR ARREST. | gs | | | |
| Oct 8 | | MOTION. (Govt.) | gs | | | |
| | | ORDER... that the Indictment filed on August 27, 1992 is DISMISSED.<br>  Dist/dkt 10/9/92. | SAF/gs | | | |
| Oct 8 | | MOTION TO UNSEAL (Govt.) | gs | | | |
| | | ORDER... that the Indictment is UNSEALED as to this defendant only.<br>     Dist/dkt 10/9/92. | SAF/gs | | | |
| Oct 28 | | Received from Eastern District of New York Magistrate Papers. (Placed on correspondence side of file.). | gs | | | |
| ** | | | | | | |
| Nov 20 | | MOTION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 4285. (Govt.) | gs | | | |
| | | ORDER... that the U.S. Marshal for the NDTX furnish to defendant such fare for transportation from Dallas to the Eastern District of N.Y. after appearances for arraignment and the U.S. Marshal also furnish deft., with an amount of money expenses not to exceed the amount authorized as a per diem allowance for travel.<br>     Dist 11/20 - dkt 11/24/92. | SAF/gs | | | |
| Nov 15 | | Received from Eastern District of N.Y. Magistrate Papers (Placed on correspondence side jof file)<br>     Dist to JUdge, AUSA, PT, PB. | gs | | | |
| Nov 20 | | ENTRY O APPEARANCE (Roberts) | gs | | | |
| Nov 20 | | M.E. ARRAIGNMENT - Attny Roberts appeared & moved orally for Mtn to appear Pro Hac Vice for arraignment purposes only.  Court Granted.  Attny to notify ct within 10 days whether he has been retained.  Defts pled N.G. Trial set for 12-21-92.  Deft on bond. | gs | | | |
| Nov 23 | | ORDER... this case is set for trial on Monday 12/21/92 at 9:00 am.  All pretrial motions, notices, requests and demand shall be filed by 12/14/92 and responses to motions filed in accordance with local rule 5.1(e).  At least 3 days before trial the parties shall comply with Local Rule 8.2(c) and submit to the court in writing any questions they desire be rpopunded by the Cour in its voir dire.<br>     Dist/dkt 11/24/92. | SAF/gs | | | |

SEE NEXT PAGE

CONTINUED TO PAGE

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs OLIVE NERISSA JENNAS | Page 3 | 3:92-CR-365-D(51) |
|---|---|---|---|
| AO 256A | | | Yr. \| Docket No. \| Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1992 | | |
| Dec 1 | ORDER... thst the motion to continue and for certification of the case as complex and for the reasons stated in the order the Court grants the motion. All pretrial motion deadlines are VACATED and Pretrial motions are no due on or before 2/1/93 Responses to those motions due by 3/2/93 On or before March 15, 1993 the Government shall file a status report with the Court. (please see order for more specifics.)  Dist/dkt 12/2/92.                           SAF/gs | |
| Dec 7 | RETURN ON WARRANT FOR ARREST - executed on 11/20/92 by Rodney Robinson, DUSM.                           gs | |
| 1993 | | |
| Jan 25 | ORDER...Defendant Condell Winston Allen filed on 1/19/93 a mtn for clarification of procedures for obtaining pleadings and a motion for extension of time for adopting pretrial motions filed by other defendants. The mtn for clarification is granted (See order for all specifics) and the motion for extension of time is DENIED without prejudice.  Dist/dkt 1/26/93.                           SAF/gs | |
| Mar 23 | government's MOTION TO DISMISS SUPERSEDING INDICMTENT. gs | |
| Mar 24 | ORDER... that the superseding indicmtent as to the above defendant is DISMISSED.  Dist/dkt 3/25/93.                           SAF/gs | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| CRIMINAL DOCKET U.S. District Court | 3-92CR-365-D SIDNEY A. | | | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|
| PO ☐ 0539 03 3920 | ☐ JUVENILE | JENNAS, MARGARET ANN | | 8 27 92 | 00365 | 52 |
| Misd. ☐ | ☐ ALIAS | | | No. of Def's 61 | U.S. MAG. CASE NO. | |
| Felony ☒ District Off Judge/Magistr | OFFENSE ON INDEX CARD ☐ | | | | | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM | NG |
|---|---|---|---|---|
| | INDICTMENT of 8-27-92 see SUPERSEDING INDICMTENT of 10-6-92 below: | | | |
| 21:846 | Conspiracy to possess with intent to distribute Cocaine and Cocaine Base, a Schedule II controlled substance. Ct. 1 (7/87 - 6/91) | 1 | | |
| 18:371 | Conspiracy to continuing criminal enterprise. Ct. 3 (7/87 - 6/91) | 1 | | |
| | INFORMATION FILED 5/11/93 (Supersedes Superseding Indictment filed Oct. 6, 1992) | | | |
| 18:371 | Conspiracy to continuing criminal enterprise. Ct. 1 (7/87 - 6/91) | 1 | | |

SUPERSEDING COUNTS

### II. KEY DATE

INTERVAL ONE — KEY DATE: (earliest of) arrest / sum'ns / custody / appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 10-8-92 APPLICABLE ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: 10/6/92  5/11/93
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☒ Supsdg. ☒ Indt ☒ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE: 12-21-95 APPLICABLE
☒ Dismissal ☐ Pled guilty (☐ After N.G.) ☐ Nolo (☐ After nolo) ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 12-21-95 | SENTENCE DATE | PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED: ☐ on S.T. grounds ☐ W.P. ☐ WOP | on dft motion on gov't motion |

### III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | 10/7/92 | TRM/3924 |
| COMPLAINT ▶ | | | |
| Date of Arrest | OFFENSE (In Complaint) | | |

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION — Date Scheduled ▶
OR REMOVAL HEARING ☐ — Date Held ▶
☐ WAIVED ☐ NOT WAIVED — Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:
**See attached list.**

RULE: 20 21 40 In Out

### IV. ATTORNEYS

U.S. Attorney or Asst.
Mark D. McBride, AUSA.

Defense: 1 ☐ CJA   2 ☐ Ret.   3 ☐ Waived   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

Earl C. Roberts
887 Flatbush Avenue
BROOKLYN N.Y.  11226
(718) 693-0800

### BAIL ● RELEASE

**PRE-INDICTMENT**
Release Date
Bail Denied ☐   Fugitive ☐   Pers. Rec. ☐
AMOUNT SET $   PSA ☐
Conditions:
Date Set   ☐ 10% Dep.   ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty   ☐ Other

**POST-INDICTMENT**
Release Date
Bail Denied ☐   Fugitive ☐   Pers. Rec. ☐
AMOUNT SET $   PSA ☐
Conditions:
Date Set   ☐ 10% Dep.   ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty   ☐ Other

### FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO. | V. PROCEEDINGS | | | |
|---|---|---|---|---|
| 1992 | | | | |
| Aug 27 | **INDICTMENT.** gs | | | |
| Oct 6 | **SUPERSEDING INDICTMENT.** (Supersedes Indict. filed on 8-27-92) gs | | | |
| Oct 7 | Issued WARRANT FOR ARREST. gs | | | |
| Oct 8 | MOTION. (Govt.) gs | | | |
| | ORDER... that the Indictment filed on August 27, 1992 is DISMISSED.<br>    Dist/dkt 10/9/92.                                    SAF/gs | | | |
| Oct 8 | MOTION TO UNSEAL (Govt.) gs | | | |
| | ORDER... that the Indictment is UNSEALED as to this defendant only.<br>    Dist/dkt 10/9/92.                                    SAF/gs | | | |
| Oct 28 ** | Received from eastern District of New York Magistrate Magistrate Papers. (Placed on correspondence side of file). gs | | | |
| Nov 20 | MOTION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 4285. (Govt.) gs | | | |
| | ORDER... that the U.S. Marshal for the NDTX furnish to defendant such fare for transportation from Dallas to the Eastern District of N.Y. after appearances for arraignment and the U.S. Marshal also furnish deft., with an amount of money expenses not to exceed the amount authorized as a per diem allowance for travel.<br>    Dist 11/20 - dkt 11/24/92.                             SAF/gs | | | |
| Nov 15 | Received for Eastern District of N.Y. Magistrate Papers placed on correspondence side of file.<br>    Dist to Judge, PT, PB, AUSA.                             gs | | | |
| Nov 20 | ENTRY OF APPEARANCE (Roberts) gs | | | |
| Nov 20 | M.E. ARRAIGNMENT - Attny Roberts appeared & moved orally for Mtn to appear Pro Hac Vice for arraignment purposes only. Court Granted. Attny to notify ct within 10 days whether he has been retained. Defts pled N.G. Trial set for 12-21-92. Deft on bond. gs | | | |
| Nov 23 | ORDER... this case is set for trial on Monday 12/21/92 at 9:00 am. All pretrial motions, notices, requests and demand shall be filed by 12/14/92 and responses to motions filed in accordance with local rule 5.1(e). At least 3 days before trial the parties shall comply with Local Rule 8.2(c) and submit to the court in writing any questions they desire be propunded by the Cour in its voir dire.<br>    Dist/dkt 11/24/92.                                    SAF/gs | | | |

**SEE NEXT PAGE**

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET | U.S. vs | MARGARET ANN JENNAS | Page 3 | 3:92-CR-365-D (52 |
|---|---|---|---|---|
| AO 256A | | | | Yr. \| Docket No. \| Def. |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| **1992**<br>Dec 1 | ORDER... thst the motion to continue and for certification of the case as complex and for the reasons stated in the order the Court grants the motion. All pretrial motion deadlines are VACATED and Pretrial motions are no due on or before 2/1/93 Responses to those motions due by 3/2/93 On or before March 15, 1993 the Government shall file a status report with the Court. (please see order for more specifics.)<br>Dist/dkt 12/2/92.                    SAF/gs | |
| Dec 7 | RETURN ON WARRANT FOR ARREST - executed on 11/20/92 by Rodney Robinson, DUSM.                    gs | |
| **1993**<br>Jan 25 | **ORDER**...Defendant Condell Winston Allen filed on 1/19/93 a mtn for clarification of procedures for obtaining pleadings and a motion for extension of time for adopting pretrial motions filed by other defendants. The mtn for clarification is granted (See order for all specifics) and the motion for extension of time is DENIED without prejudice.<br>Dist/dkt 1/26/93.                    SAF/gs | |
| Mar 15 | STATUS REPORT.                    cpm | |
| May 10 | **ORDER** ... The court is considering setting this case for trial Tues 9/7/93 ... Counsel shall have until 5/28/93 to file in writing any statements concerning the unavailability of any party to commence trial on 9/7/93 or any Mon through 10/25/93 ... Once a trial date is set the court will not reset it except to prevent manifest injustice.<br>Dist 5/13/93     Dkt'd 5/13/93          SAF/cm | |
| May 11 | **INFORMATION** (Supersedes Superseding Indictment filed Oct 6, 1992).                    cm<br><br>WAIVER OF INDICTMENT                    cm | |
| 12/21/95 | **GOVERNMENT'S MOTION TO DISMISS** superseding indictment and superseding information by Mark D McBride, AUSA dkt'd 12/22/95 mld 12/22/95 (2)          cjb | |
| 12/21/95 | **ORDER OF DISMISSAL**...government is granted leave to move for the dismissal of the above identified superseding indictment, filed 10/6/92 and the superseding information filed 5/11/93. The superseding indictment and superseding information is hereby **DISMISSED** as to Margeret Ann Jennas only, without prejudice dkt'd 12/22/95 mld 12/22/95<br>SAF/cjb | Interval (per Section II) \| Start Date / End Date \| Ltr. Code \| Total Days |